

January 10, 2025

Hon. Judge Marcia M. Henry
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

RE:  **POLLITT v. VERIZON COMMUNICATIONS, INC.
   DOCKET NO. 1:24-cv-6156**

Dear Judge Henry:

The undersigned represents Derek Pollitt, the plaintiff in the above-referenced matter. I write to advise the Court that this case has been settled in principle.

The parties are currently in the process of finalizing settlement conditions and we anticipate filing a Stipulation of Dismissal with Prejudice within the next sixty (60) days. As such, the undersigned respectfully requests that the Court adjourn all deadlines sine die, and allow the parties forty-five (45) days to finalize settlement.

Thank you for your time and consideration on this matter.

Respectfully,

Gabriel A. Levy