UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____x
DEREK POLLITT, on behalf of himself and
all others similarly situated,

        Plaintiff,

-against-

VERIZON COMMUNICATIONS, INC.,

        Defendants.
_____x

Civil Action No.

1:24-cv-6156

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Derek Pollitt, and Defendant, Verizon Communications, Inc., by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, each party shall bear its respective fees and costs.

Dated: February 24, 2025

By: *Gabriel Levy*

Gabriel A. Levy, Esq.
   *Attorney for Plaintiff*
Gabriel A. Levy, P.C.
1129 Northern Blvd, Ste 404
Manhasset, NY 11030
T: 347-941-4715
Glevy@glpcfirm.com

By: _____

John W. Egan, Esq.
   *Attorneys for Defendant*
Seyfarth Shaw LLP
620 Eighth Avenue
New York, NY 10018
T: 212-218-5500
Jegan@seyfarth.com